AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
           Sheet 1

FILED
14 FEB 10 PM 2:55

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| HECTOR OMAR BATRES-ABALOS (1) | (For Offenses Committed On or After November 1, 1987) |
| | CASE NUMBER: 12CR1869-AJB |
| | Judith Miller, Federal Defenders Inc. |
| | Defendant's Attorney |

REGISTRATION No. 12442085

THE DEFENDANT:
X    was found in violation based on his conviction    in 13PO013788-001-DSQ

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

**Allegation Number**      **Nature of Violation**
1 and 2                    Committed Law Violation

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

FERUARY 7, 2014
Date of Imposition of Sentence

ANTHONY J BATTAGLIA
UNITED STATES DISTRICT JUDGE

AO 245B   JUDGMENT IN A CRIMINAL CASE
         SHEET 2 - IMPRISONMENT

Judgment - Page 2 of 2

DEFENDANT: HECTOR OMAR BATRES-ABALOS (1)
CASE NUMBER: 12CR1869-AJB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months, 4 months to run concurrent and 2 months to run consecutive to the sentence imposed in 13PO013788-001-DSQ

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal